UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FRANK S. DAVIS,
    Plaintiff,

vs.　　　　　　　　　　　　　　　　　Case No.: 3:20cv6011/MCR/EMT

STATE OF FLORIDA, et al.,
    Defendants.
_____/

### REPORT AND RECOMMENDATION

This matter is before the court upon referral from the clerk. Plaintiff, proceeding pro se, commenced this action by filing a civil rights complaint pursuant to 42 U.S.C. § 1983 and a motion to proceed in forma pauperis (IFP) (ECF Nos. 1–2). Plaintiff did not file the complaint or IFP motion on the proper form. *See, e.g.,* N.D. Fla. Loc. R. 5.7(A) (requiring a pro se party filing a civil rights action to do so on the court form). The court thus entered an order directing Plaintiff to file an amended complaint on the court form and either pay the filing fee or obtain leave to proceed IFP within thirty days using the proper form (ECF No. 4). The undersigned directed the clerk of court to send Plaintiff a § 1983 complaint form and the correct set of forms needed for filing a motion to proceed IFP (*id.*). The undersigned advised that failure to comply with the order as instructed could result in a recommendation that the case be dismissed (*id.* at 3).

Plaintiff failed to comply within the time allowed. The court therefore entered an order on February 11, 2021, directing Plaintiff to show cause, within thirty days, why the case should not be dismissed for failure to comply with an order of the court (ECF No. 5). The court advised that failure to comply with the order would result in a recommendation that the case be dismissed. The time for compliance with the show cause order has now elapsed, and Plaintiff has neither filed an amended complaint nor paid the filing fee or submitted an IFP motion.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 24th day of March 2021.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No.: 3:20cv6011/MCR/EMT